**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| TEKEVA SHAW, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-2221-SHL-cgc |
| | ) | |
| RESOURCE MFG, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITH PREJUDICE**

Before the Court is Magistrate Judge Charmiane G. Claxton's Report and

Recommendation ("R&R") on pro se Plaintiff Tekeva Shaw's Complaint, filed March 5, 2026.

(ECF No. 13.)  After the U.S. Marshal served the Complaint on Defendant Resource MFG on

July 2, 2024 (ECF No. 10), no action has been taken by either party in this case.  (ECF No. 13 at

PageID 41–42.)  Thus, on February 17, 2026, the Court ordered Shaw to show cause within

fourteen days why this case should not be dismissed for lack of prosecution.  (Id. at PageID 42.)

The show cause order was served on Shaw at the address she provided via Certified Mail, return

receipt requested.  (ECF No. 12.)  However, the letter was returned as undeliverable.  (Id.)  The

Court had previously directed Shaw to "promptly notify the Clerk in writing of any change of

address" and notified her that a "failure to comply with this requirement . . . may result in

dismissal of this case without further notice."  (ECF No. 7 at PageID 27.)

The R&R recommends that the Court involuntarily dismiss Shaw's complaint with

prejudice pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent power.

(ECF No. 13 at PageID 43.)  The magistrate judge reasons that "[t]here has been no meaningful

activity by Plaintiff since the Complaint was filed on April 4, 2024," even after the Court "made

it clear that dismissal of the case was under consideration." (Id. at PageID 43.)  Objections to the R&R were due on March 19, and no objections were filed.  Instead, the envelope containing the R&R was likewise returned as undeliverable.  (ECF No. 14.)

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for a disposition.  28 U.S.C. § 636(b)(1)(B).  "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1).  A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objection has been filed, the Court reviews the R&R in its entirety for clear error and finds none.  Therefore, the Court **ADOPTS** the R&R and **DISMISSES WITH PREJUDICE** Shaw's Complaint.

**IT IS SO ORDERED,** this 26th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE