**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

TEKEVA SHAW,                              )
    Plaintiff,                          )
                                         )
v.                                       )        No. 2:24-cv-2221-SHL-cgc
                                         )
RESOURCE MFG,                            )
    Defendant.                          )

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's pro se Complaint (ECF No. 1), filed April 4, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Complaint with Prejudice (ECF No. 14), filed May 26, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 26, 2026
Date